616 A.2d 614
In the Matter of Philip J. SCRIFFIGNANO.
No. 878 Disciplinary Docket No. 2.
Board File No. C2-92-019.
Supreme Court of Pennsylvania.
Nov. 12, 1992.

ORDER

PER CURIAM:

AND NOW, this 12th day of November, 1992, Philip J. Scriffignano having been disbarred from the practice of law in

494

the State of New Jersey by Order of the Supreme Court of New Jersey dated November 20, 1991; the said Philip J. Scriffignano having been directed on June 11, 1992, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed in this Court, it is

ORDERED that Philip J. Scriffignano is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.